**2:24-cv-160**
Jane M. Beckering - U.S. District Judge
Maarten Vermaat - Magistrate Judge

...eed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

**FILED - MQ**
September 17, 2024 3:34 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ____slk____ /s/ 9-18-24

City of Menominee and People State of Michigan )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 2019-45141 criminal no. also
john r. kanerva wronged man )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

509 Dalton Rd. Skandia Michigan 49885. I take care of David McGrath. He's 82 yr.s old with Dementia. He doesn't pay me wages or salary. He we use his money in a fiscal responsibility to rebuild and repair his property over his prodical step kids objection. She gambled his money away at casino with him causing his home to go to waste. I'm replacing the furnace. now. Helping him and doing multiple tasks, including stopping their attempt to swipe his property

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

David and I did invest in old cars together. We bought old snow plows to be able to not become snow bound again as in past winters. No one showed up except the neighbors to help ue dig out. Can't have that again. I put over $1000.00 labor into a car the professional mechanic quoted to find and diagnose the problem with the car. I did it instead. The Pro was wrong. David paid cash when i found the car. $700.00. So i repaired it. It took me 7 seven months for me to finally get it running right.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 21.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I stopped the attempt to take David McGraths property last year by his step kids. They claimed to pay his Mortgage off, and take possession of his property by a law firm. They didn't pay. David didn't know what was happening. I created an estoppel deed to cloud the title to preserve his interest so his vulnerablility would me preserved. I placed my self on the title so that they were stopped, and chose to not pay the note pretending they were paying him, after they had him sign a deed. I paid and am paying with multiple talents and labor. They refused to help himnd abandoned him, and even hated him but just (she) takes his money and refuses to work to help him. I regranted the property back to him and i so his own blood daughters interest wouldn't be quashed in the future. Deed is filed with affidavits. The clerk RODs is sitting

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
I'm not paying any rent or utilities, but i pay them for Mr. McGrath as he has to have me do it. I'm getting the right materials to fix the furnace now and other items like the garage door. I hired help by some church ladies to help us clean house, as it was a disaster.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I have to clean David McGrath as a caregiver. and am wrestling with his stepdaughrt so she will stop conning him out of his money so we can continue to repair his health and house and prepare for winter. He had a strange relationship with them. The Bible might call sinful. She he says made sex advances at him, but he told her, "I don't love you, i love your mother", when she was alive. I have to navigate the situation because Mr. McGrath forgot about the attempt to remove him from his home last year by her. She says, "You know what my mother would say if she saw this mess, OUT!, OUT!
So they tried even afew years ago to remove him when he asked me to move into stop them from moving him out.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I don't have any loans but need to assist paying off the MORTGAGE here, as he has a preditor loan by the infamously crooked WELLS FARGO. So after Mr. McGraths former marriage,i discovered everyone was trying to rip him off. Everything was stacked against him, yet he survived even camping in his house until i arrived and began repairing the house, at his requets. He pays the bills, i do the work. No one else will. His prodical step daughter just took him for $131.00 dollars when she came to bring him to a memorial service. I wasn't there. When he returned, his wallet was empty. He showed me. A week or two before that, she picked him up, and they went to the casino. He had $100.00 in his wallet. She took that and She used his bank card and withdrew $100.00 unauthorized except by him. He forgot why she was removed.  She made herself joint owner of his account, previously, and gambled his money with it. Wanted to

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  09/17/2024

_____ john r. kanerva
Applicant's signature

_____ john r. kanerva
Printed name